IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| STEWART MATTHEW, | § | |
| | § | No. 613, 2015 |
| Plaintiff-Below, | § | |
| Appellant, | § | |
| | § | Court Below: Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| CHRISTOPHE LAUDAMIEL, | § | C.A. No. 5957 |
| FLÄKT WOODS GROUP SA, | § | |
| FLÄKT WOODS LIMITED and | § | |
| DREAMAIR LLC, | § | |
| | § | |
| Defendants-Below, | § | |
| Appellees. | § | |

Submitted: June 8, 2016
Decided: June 22, 2016

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

## ORDER

This 22nd day of June, 2016, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its post-trial Memorandum Opinion dated September 28, 2015.

NOW, THEREFORE, IT IS ORDERED that the October 21, 2015 judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice